FILED
SCRANTON
JUN 13 2006
PER _____
DEPUTY CLERK

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | |
| VS. : | CRIMINAL NO. 3:06 CR 212 |
| MICHAEL ENGLEMAN, TODD GREENE, : | |
| JESSE NEFF, ADAM REITZ, ADAM REICH : | |
| and SHEENA TRINE, : | |
| Defendants : | |

## INDICTMENT

THE GRAND JURY CHARGES:

### COUNT I

### MANUFACTURING COUNTERFEIT

In or about May 2006, in the Middle District of Pennsylvania,

**MICHAEL ENGLEMAN, TODD GREENE, JESSE NEFF and ADAM REITZ**

knowingly and willfully, with intent to defraud, made and counterfeited various denominations of Federal Reserve Notes.

In violation of Title 18, United States Codes, Section 471 and 2.

THE GRAND JURY ALSO CHARGES:

### COUNT II

### CONSPIRACY

A. THE CONSPIRACY AND ITS OBJECTS

In or about May 2006, in the Middle District of Pennsylvania

**MICHAEL ENGLEMAN, TODD GREENE, JESSE NEFF,
ADAM REICH and ADAM REITZ**

willfully and knowingly conspired and agreed together with each other and with others known to the

Grand Jury, to manufacture and negotiate various denominations of counterfeit Federal Reserve Notes in violation of Title 18, United States Code, Sections 471 and 472.

B. MANNER AND MEANS

To effect the objects of the conspiracy, the conspirators committed the following overt acts, among others, in the Middle District of Pennsylvania:

1. During the stated time period, the conspirators manufactured various denominations of counterfeit Federal Reserve Notes using a scanner and printer.

2. During the stated time period, the conspirators cut the printed counterfeit Federal Reserve Notes into the seize and shape of a genuine Federal Reserve Note.

3. During the stated time period, the conspirators purchased drugs and other goods with the counterfeit Federal Reserve Notes.

In violation of Title 18, United States Code, Section 371.

THE GRAND JURY ALSO CHARGES:

## COUNT III

### NEGOTIATING COUNTERFEIT

In or about May 2006, in the Middle District of Pennsylvania,

**MICHAEL ENGLEMAN, JESSE NEFF, ADAM REITZ and ADAM REICH**

knowingly and willfully, with intent to defraud, negotiated various denominations of counterfeit Federal Reserve Notes.

In violation of Title 18, United States Code, Section 472.

THE GRAND JURY ALSO CHARGES:

## COUNT IV

### PAPER USED AS MONEY

In or about May 2006, in the Middle District of Pennsylvania,

### SHEENA TRINE

being 18 years of age, with intent to defraud, negotiated paper similar in size and shape to lawful currency of the United States, to procure an item of value.

In violation of Title 18, United States Code, Sections 491 and 2.

A TRUE BILL

*Thomas A. Marino*
THOMAS A. MARINO /s/
United States Attorney

Date: 6/13/_____, 2006