PROB 35
(Rev. 1/92)

Report and Order Terminating Probation/Supervised Release
Prior to Original Expiration Date

# UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA      :

v.      :      **DKT. NO. 3:CR-06-212-05**

ADAM REICH      :

On April 19, 2007, Adam Reich was installed on probation for a term of two (2) years. The probationer has complied with the rules and regulations of probation and is no longer in need of supervision. It is accordingly recommended that the probationer be discharged from supervision.

Respectfully submitted,

s/Anthony C. Harvilla
Anthony C. Harvilla
Senior U.S. Probation Officer

## ORDER OF COURT

Pursuant to the above report, it is ordered that the probationer be discharged from supervision and that the proceedings in the case be terminated.

Dated this _____21st_____ day of _____October_____, 2008.

**A. RICHARD CAPUTO**
**UNITED STATES DISTRICT JUDGE**